**IN THE UNITED STATES DISTRICT
COURT DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CARLTON HAWKINS and** ) | |
| **MICHELLE HAWKINS** ) | |
| ) | |
| Plaintiffs ) | **Case No. 1:22-cv-03859-APM** |
| v. ) | |
| ) | |
| **DEPUY ORTHOPEDICS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**Plaintiffs Carlton Hawkins and Michelle Hawkins Motion
for Admission Pro Hac Vice of Jeffrey L. Haberman**

Movant *William S. Eubanks II,* on behalf of Plaintiffs Carlton Hawkins and Michelle Hawkins respectfully moves this Court pursuant to LCvR 83.2 of the Rules of the Federal District Court for an Order allowing the admission of Jeffrey L Haberman as attorney pro hac vice to appear as counsel for CARLTON HAWKINS AND MICHELLE HAWKINS. In support of this motion, Plaintiffs submit the attached declaration of Mr. Schwartz, and state as follows:

1. Mr. Haberman received his J.D. from the Benjmin N. Cardozo School of Law in 1997 and was admitted to the Bar of the State of Florida in 2012, where he is a member in good standing.

2. Mr. Haberman has never been admitted pro hac vice in the U.S. District Court for the District of Columbia.

3. Mr. Haberman is familiar with the Local Rules of this Court, the U.S. Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility of the Court of Appeals for the District of Columbia, and he will faithfully adhere to all such rules.

4. Mr. Eubanks is admitted to practice before this Court.

Dated March __8__, 2023.

*/s/ William S. Eubanks II*
William S. Eubanks II
D.C. Bar. No. 987036
Eubanks & Associates, PLLC 1629 K Street NW, Suite 300
Washington, DC 20006
(970)703-6060
bill@eubankslegal.comhis

*Attorney for Plaintiffs Carlton Hawkins and Michelle Hawkins*