IN THE UNITED STATES DISTRICT
COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLTON HAWKINS and<br>MICHELLE HAWKINS<br>    Plaintiffs<br>v.<br><br>DEPUY ORTHOPEDICS, INC., et al.,<br><br>    Defendants. | )<br>)<br>) Case No. 1:22-cv-03859-APM<br>)<br>)<br>)<br>)<br>) |

**Declaration to Support Request for Admission Pro Hac Vice**

Jeffrey L. Haberman requests permission to appear pro hac vice to represent Carlton Hawkins and Michelle Hawkins. Petitioner is a member in good standing of the State Bar of Florida and has not been disciplined by any bar. Petitioner has never been admitted pro hac vice in this Court, does not engage in the practice of law from an office in the District of Columbia, is not a member of the District of Columbia Bar, and does not have a pending application for membership.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2023.

_____

_/s/ Jeffrey L. Haberman_

_____

Jeffrey L. Haberman
Florida Bar No. 98522
**SCHLESINGER LAW OFFICES, P.A.**
1212 S.E. 3rd Ave.
Fort Lauderdale, FL 33316
(954) 467-8800