## IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLTON HAWKINS and** | **)** |
| **MICHELLE HAWKINS** | **)** |
|      **Plaintiffs** | **) Case No. 1:22-cv-03859-APM** |
| **v.** | **)** |
| | **)** |
| **DEPUY ORTHOPEDICS, INC., et al.,** | **)** |
| | **)** |
|      **Defendants.** | **)** |

## [PROPOSED] ORDER

Upon consideration of the *Motion for Admission Pro Hac Vice of*

Jeffrey L. Haberman in the above-captioned matter and the Declaration of

Jeffrey L. Haberman in support thereof, it is this _____ day of

_____, 2023, hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that Jeffrey L. Haberman is hereby admitted to appear pro hac

vice in all court proceedings in the above-captioned matter.


Dated: _____


_____

UNITED STATES DISTRICT JUDGE